■ GEORGES E. SELIGMANN, Appellant, v PARCEL ONE COMPANY, Respondent.—Order, Supreme Court, New York County (Irma Vidal Santaella, J.), entered May 23, 1990, which denied plaintiff's motion for a *Yellowstone* injunction tolling a ten

day notice to cure, dated March 15, 1990, unanimously reversed, on the law and the facts and in the exercise of discretion, and plaintiff's motion granted, without costs.

In light of the predictable uncertainties inherent in removing plaintiff's housekeeper, who allegedly has lived in the 94-year-old plaintiff's apartment with her family for the past 25 years as a condition of her employment, in the event it is determined that their occupancy of the apartment constitutes an illegal sublet or assignment, it cannot be said that the ten day stay available to plaintiff in Housing Court pursuant to RPAPL 753 (4) would be sufficient and plaintiff's motion for a *Yellowstone* injunction should have been granted. In granting this relief, we take plaintiff's counsel at his word (on oral argument) that he will not seek a stay or dismissal of the summary proceeding on the basis of the pendency of this action. Concur—Sullivan, J. P., Carro, Rosenberger, Ellerin and Kupferman, JJ.